■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT MILLER, Appellant. [599 NYS2d 972] —Judgment, Supreme Court, Bronx County (Richard Lee Price, J.), rendered

February 28, 1991, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him as a second felony offender to a term of 5 to 10 years, unanimously affirmed.

The police acted reasonably in pursuing and apprehending defendant. Following a brief investigative detention, he was identified by the complainant and probable cause thus existed for his arrest *(People v Alford,* 186 AD2d 43, *lv denied* 80 NY2d 973).

The prosecutor's comments on summation were a fair response to defense counsel's summation *(People v Galloway,* 54 NY2d 396), and were well within the permissible bounds of rhetorical comment *(People v D'Alessandro,* 184 AD2d 114, 119, *lv denied* 81 NY2d 884).

Defendant's final claim is both unpreserved and without merit. Concur—Sullivan, J. P., Carro, Wallach and Nardelli, JJ.